AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| LAI KUAN NG, on behalf of herself and others similarly situated, <br><br> *Plaintiff(s)* <br><br> v. <br><br> KIRAKU GLEN HEAD INC. d/b/a KIRAKU, JIN HANG ZHENG, and MENG JIN LIN <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-1780 (JMA)(AYS) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* KIRAKU GLEN HEAD INC.
c/o Kiraku
127 Glen Head Road
Glen Head, NY 11545

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clara Lam, Esq.
Brown Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 295-5828
clam@bkllawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/30/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| LAI KUAN NG, on behalf of herself and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>KIRAKU GLEN HEAD INC. d/b/a KIRAKU, JIN HANG ZHENG, and MENG JIN LIN<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-1780 (JMA)(AYS) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JIN HANG ZHENG
c/o Kiraku
127 Glen Head Road
Glen Head, NY 11545

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Clara Lam, Esq.
Brown Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 295-5828
clam@bkllawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/30/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

LAI KUAN NG, on behalf of herself and others similarly situated,

*Plaintiff(s)*

v.  Civil Action No. 2:22-cv-1780(JMA)(AYS)

KIRAKU GLEN HEAD INC. d/b/a KIRAKU, JIN HANG ZHENG, and MENG JIN LIN

*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* MENG JIN LIN
c/o Kiraku
127 Glen Head Road
Glen Head, NY 11545

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Clara Lam, Esq.
Brown Kwon & Lam, LLP
521 Fifth Avenue, 17th Floor
New York, New York 10175
(212) 295-5828
clam@bkllawyers.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 3/30/2022

*Laura Jakubowski*
*Signature of Clerk or Deputy Clerk*